**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 18-cv-21024-UU
Crim. No.: 16-cr-20652-UU

ROBERT LEWIS MORGAN,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## **ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

This Cause is before the Court upon Movant's *pro se* Third Amended Motion to Vacate Pursuant to 28 U.S.C. § 2255 (the "Motion") (D.E. 11).  The Court has reviewed the Motion and pertinent parts of the record and is otherwise fully advised in the premises.

This matter was referred to Magistrate Judge Lisette M. Reid who, on October 23, 20209, issued a Report (the "Report") recommending that the Motion be denied because Movant failed to meet his burden to show that his counsel was ineffective. D.E. 51.  Movant did not file objections to the Report.  *See LoConte v. Dugger*, 847 F.2d 745, 750 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding that failure to file timely objections bars the parties from attacking factual findings on appeal).

Upon *de novo* review, the Court agrees with Magistrate Judge Reid's recommendations and concurs in all her findings.  Accordingly, it is hereby

ORDERED AND ADJUDGED that the Report (D.E. 51) is RATIFIED, ADOPTED, and AFFIRMED.  It is further

ORDERED AND ADJUDGED that the Motion (D.E. 11) is DENIED.  It is further

ORDERED AND ADJUDGED that no certificate of appealability shall issue.  It is further

ORDERED AND ADJUDGED that Plaintiff's Expedited Motion Requesting Magistrate Judge to Issue Report and Recommendation on Movant's Pending 28 U.S.C. § 2255 Motion to Vacate Sentence (D.E. 50) is DENIED AS MOOT.  It is further

ORDERED AND ADJUDGED that this case is CLOSED.

DONE AND ORDERED in Chambers in Miami, Florida this 16th__ day of November, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies provided:
Robert Lewis Morgan, *pro se*
Counsel of record via CM/ECF